ACCEPTED
12-14-00288-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/21/2015 1:34:05 PM
CATHY LUSK
CLERK

## No. 12-14-00288-CV

### In the Twelfth Court of Appeals
### Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/21/2015 1:34:05 PM
CATHY S. LUSK
Clerk

**J. MARK SWINNEA**
*Appellant*

**v.**

**ERI CONSULTING ENGINEERS, INC.
AND LARRY SNODGRASS**
*Appellees*

---

*Appealed from the 114th Judicial District Court*
*Smith County, Texas*

---

### APPELLANT'S UNOPPOSED MOTION FOR LEAVE
### TO FILE AMENDED BRIEF

---

Michael E. Gazette
Texas Bar No. 07784500
Law Office of Michael E. Gazette
100 E. Ferguson, Suite 1000
Tyler, Texas 75702
Telephone:  903-596-9911
Facsimile:    903-596-9922
megazette@suddenlink.com

Greg Smith
Texas Bar No. 18600600
Nolan Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:    903-597-2413
gsmith@rameyflock.com
nolans@rameyflock.com

**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

On Monday, May 11, Mark Swinnea filed his appellant's brief in this cause. The brief's cover did not include a request for oral argument. Swinnea in fact does request oral argument. The failure to indicate this on the cover was simply counsel's oversight.

Now, Swinnea requests leave of this Court to file the accompanying amended brief. The sole difference from the initially filed brief is inclusion, on the cover, of the words "oral argument requested."

The requested amendment should not delay the briefing of the case, prejudice the appellees, or otherwise work any injustice. Rather, because it enables oral argument of the case, the amendment should advance the merits and facilitate the Court's decisional analysis.

## Certificate of Conference

Opposing counsel, who has been informed of the substance of this motion, states that her clients do not oppose leave to file the amended brief.

WHEREFORE, PREMISES CONSIDERED, Mark Swinnea prays that the Court would grant leave to file the accompanying amended brief, so the brief will accurately reflect Swinnea's desire for oral argument.

Respectfully submitted,

___/s/ Greg Smith_____

Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
gsmith@rameyflock.com

**COUNSEL FOR APPELLANT,
J. MARK SWINNEA**

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 21st day of May, 2015, on the following:

**Via email drace@icklaw.com**
Deborah Race
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703

**Via email mahatchell@lockelord.com**
Mike A. Hatchell
Locke Lord, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701

**Via email randerson@gillenanderson.com**
Roger W. Anderson
Gillen & Anderson
613 Shelley Park Plaza
Tyler, TX 75701

　　　　　　　　　　　　　　　／s/ Greg Smith　　　　　　
　　　　　　　　　　　　　　Greg Smith